# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jedadiah V. Clarke**

    Plaintiff(s)

vs.          **CASE NUMBER: 5:21-cv-205** (ATB)

**Commissioner of Social Security**

    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the decision of the Commissioner is REVERSED and this case REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum-Decision and Order, and it is ORDERED, that the Clerk enter judgment for PLAINTIFF.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 8th day of September, 2022.

DATED: September 8, 2022

*John Domurad*
Clerk of Court

        s/Kathy Rogers
        Deputy Clerk